IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Bruce Lee Hudson, #299312,<br>a/k/a Bruce Lee Hudson, #101021<br>a/k/a Bruce L. Hudson<br><br>       Plaintiff,<br><br>v.<br><br>S.C.D.C., Lee Infirmary, Dr. McCree<br>Dr. Pate, Nurse Capadonia,<br>Nurse Blackwell<br><br>       Defendants. | C/A No. 4:19-cv-2053-SAL<br><br><br><br><br>**OPINION & ORDER** |

This matter is before the Court for review of the February 5, 2020 Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III (the "Report"), made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2)(e) (D.S.C.). In the Report, the Magistrate Judge recommends that the case be dismissed without prejudice and without issuance of service of process. [ECF No. 36.] No party filed objections to the Report, and the time for response has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record

1

in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co*., 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, Plaintiff Bruce Lee Hudson, #299312, a/k/a Bruce Lee Hudson, #101021, a/k/a Bruce L. Hudson's Complaint, [ECF No. 1], is **DISMISSED WITHOUT PREJUDICE** and **WITHOUT SERVICE OF PROCESS**. All pending motions are deemed moot.

**IT IS SO ORDERED.**

/s/ Sherri A. Lydon
United States District Judge

February 27, 2020
Florence, South Carolina