# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Bruce Lee Hudson, aka Bruce Lee Hudson #101021, aka Bruce L. Hudson<br>*Plaintiff*<br>v.<br>Dr. McCree, Dr. Pate, Lee Infirmary, Nurse Capadonia, Nurse Blackwell and SCDC<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.    4:19-cv-2053-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice and without service of process.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge who adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:    February 27, 2020                          *CLERK OF COURT*


                                                    s/Debbie Stokes
                                          _____
                                            *Signature of Clerk or Deputy Clerk*